UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER RENDZIPERIS and
NICOLE GALLIFORD,

       Plaintiffs,

v.                        Case No: 2:25-cv-1027-JES-DNF

RAVENNA AT PELICAN MARSH
COMMONS ASSOCIATION, INC.;
TONJA DAHM, in her
individual capacity and
official capacity; RESORT
MANAGEMENT, INC.; PHILIPPE
GABART, in his individual
capacity and official
capacity; and JOHN DOE BOARD
MEMBER (to be Identified in
discovery),

       Defendants.

_____

## OPINION AND ORDER

    This matter comes before the Court on review of the file. Defendants filed a Motion to Dismiss the Amended Complaint (Doc. #22) on March 26, 2026. Plaintiffs have not filed a response to the motion within the time provided under Local Rule 3.01(d), and "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed." M.D. Fla. R. 3.01(d).

    Accordingly, it is now

    **ORDERED:**

Plaintiffs shall file a response to the Motion to Dismiss (Doc. #22) within seven (7) days of this Order. If no response is filed, the Court will consider the motion as unopposed and rule without the benefit of a response.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of May 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

2